AUSA:  Benjamin C. Coats        Telephone:  (313) 226-9641
AO 91 (Rev. 11/11)  Criminal Complaint        Task Force Officer:   Jaclyn Kocis-Maniaci        Telephone:  (313) 202-3400

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

United States of America
   v.

Terrell Hicks

Case No.

Case: 2:21-mj-30537
Judge: Unassigned,
 Filed: 11-10-2021 At 05:27 PM
USA v. TERRELL HICKS (CMP)
(MLW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____November 9, 2021_____ in the county of _____Wayne_____ in the
_____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm having traveled in interstate and/or foreign commerce |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Task Force Officer Jaclyn Kocis-Maniaci, A.T.F.
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __November 10, 2021__

City and state: __Detroit, Michigan__

_____
*Judge's signature*

Hon.  Antony P. Patti, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT

I, Task Force Officer Jaclyn Kocis-Maniaci, being first duly sworn, hereby depose and state as follows:

## I.   INTRODUCTION AND AGENT BACKGROUND

1.     I am a police officer with the City of Detroit. I have been with the Detroit Police Department since 2003. I became a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) in January of 2017. During my career, I have been involved in numerous investigations involving firearms and narcotics laws resulting in successful federal and state prosecutions.

2.     I make this affidavit from personal knowledge based on my participation in this investigation. The information comes from witnesses interviewed by law enforcement, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.

3.     This affidavit is for the limited purpose of establishing probable cause that Terrill HICKS has violated Title 18, United States Code, Section 922(g)(1), Felon in Possession of a Firearm, and does not

1

contain all details or facts known to law enforcement related to this

investigation.

## II.   PROBABLE CAUSE

4.     On November 9, 2021, Detroit Police Department (DPD)

officers were on patrol in the area of Freud and Kitchener, in the city of

Detroit. Officers observed a black Chrysler 300 with illegal window tint.

Officers executed a U-turn in their vehicle and saw the Chrysler 300

make a right turn without signaling. Officers attempted to initiate a

traffic stop. While behind the Chrysler 300, officers observed the driver,

later identified as Terrill HICKS, throw a large black object out of the

window and heard a loud noise as if a metal object hit the pavement.

5.     The Chrysler 300 pulled over and the officers approached the

vehicle. Officers observed live rounds belonging to an assault rifle on

the front passenger side floorboard. HICKS was given verbal commands

to exit the vehicle and he complied. HICKS was detained.

6.     DPD Officers canvassed the area where they had observed

HICKS's throwing motion. Officers recovered a black DPMS Panther

Arms AR-15 rifle, with four rounds of .223 ammunition in the magazine

and one in the chamber, from the easement area next to the driveway.

2

Additionally, approximately ten live rounds of .223 ammunition were recovered from the vehicle.

7.     On November 09, 2021, a computerized criminal history check showed that has the following felony convictions:

      a.     2015- distribution of a controlled substance (cocaine base), Eastern District of Michigan

      b.     2018- complicity to forgery, Ohio.

8.     On November 10, 2021, Special Agent Jimmie Pharr advised Affiant, based upon the verbal descriptions provided, without physically examining the firearm, that the referenced firearm is a firearm as defined under 18 U.S.C. § 921, and was manufactured outside of the state of Michigan after 1989, and therefore had traveled in and affected interstate commerce.

3

## III.   CONCLUSION

9.      Probable cause exists that Terrill HICKS, a convicted felon,

did knowingly possess a firearm and ammunition, that had previously

traveled in interstate and/or foreign commerce, in violation of 18 U.S.C.

§ 922(g)(1).

_____
Jaclyn Kocis-Maniaci, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Sworn to before me and signed in my
presence and/or by electronic means

_____
HON. ANTHONY P. PATTI   November 10, 2021
United States Magistrate Judge

4